IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |  | |
|---|---|---|---|
| United States of America, | ) | | |
| | ) | | |
| Plaintiff, | ) | | |
| | ) | | |
| vs. | ) | Civil No. | 10-CV-296-DRH |
| | ) | | |
| Shawn C. Davis, | ) | | |
| | ) | | |
| Defendant. | ) | | |

**ORDER AND DEFAULT JUDGMENT**

The Clerk of Court having properly made an entry of default under **FEDERAL RULE OF CIVIL PROCEDURE 55(a)**, and Plaintiff's counsel having filed the appropriate pleading and supporting affidavit and sufficiently complied with **LOCAL RULES 55.1(a) and (b)**, the Court hereby **GRANTS** the Plaintiff's motion for default judgment under **Rule 55(b)** (**Doc 7**).  Therefore, **IT IS ORDERED AND ADJUDGED** that judgment is entered in favor of Plaintiff, **United States of America**, and against Defendant, **Shawn C. Davis**, in the amount of **$199,726.11** (total as of July 12, 2010), plus interest at the rate of **4.250%** from July 12, 2010, to the date judgment is entered, court costs in the amount of **$350.00** pursuant to 28 U.S.C. § 2412(a)(2), and future costs and interest.  Post judgment interest shall accrue at the legal rate pursuant to 28 U.S.C. § 1961(a), shall be computed daily and shall be compounded annually until this judgment is satisfied in full.

IT IS SO ORDERED.

DATED this 27th day of July, 2010.

/s/   *David R Herndon*
DAVID R. HERNDON
Chief Judge, United States District Court